**Order filed, April 16, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00102-CR

_____

**Sedrick Domonique Haywood, Appellant**

**V.**

**The State of Texas, Appellee**

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1258266**

---

## ORDER

The reporter's record in this case was due April 2, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The complete record has not been filed with the court. Because the complete reporter's record has not been filed timely, we issue the following order.

We order Judy Fox, the official court reporter, to file volumes 2 and 3 of the record in this appeal **within 30 days** of the date of this order.

PER CURIAM